*Tuesday, January 19, 1993*

## MOTION DOCKET

**92–1457.** David v. Schwarzwald, Robiner, Wolf & Rock Co., L.P.A. *Cuyahoga County,* No. 60559. *Sua sponte,* the entry of January 13, 1993, reported at 65 Ohio St.3d 1489, 605 N.E.2d 390, is corrected to read as follows:

On motion and cross-motion to certify the record. Motions denied.

WRIGHT and RESNICK, JJ., dissent.

*Sua sponte,* on motion to refer case to the Office of Disciplinary Counsel. Motion denied.

*Wednesday, January 27, 1993*

## MERIT DOCKET

**92–351.** Neguse v. Brigano. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–1350.** State ex rel. Maurer v. Sheward. *Franklin County,* No. 91AP–1442. On application to dismiss of appellant Seram Bellinger. Application granted and appeal of Bellinger dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2311.** State ex rel. McDaniels v. Sweeney. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2320.** Hill v. Ohio Adult Parole Auth. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., would affirm and remand to custody.

**92–2321.** Phillips v. Edwards. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2331.** State ex rel. Nicholas v. Rogers. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2333.** State v. Tucker. *Darke County,* No. 1310. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

**92–2351.** State ex rel. Fields v. Gibson. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

**92–2458.** Day v. Warden. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

**92–2474.** Smith v. Eighth Dist. Court of Appeals. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., not participating.